## Krewson Estate.

Argued April 15, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*David M. Jordan,* with him *Wisler, Pearlstine, Talone, Craig & Garrity,* for appellant.

*J. F. Christin, III,* with him *Samuel H. High, Jr.,* and *High, Swartz, Roberts & Seidel,* for appellee.

OPINION PER CURIAM, May 22, 1974:
Decree affirmed. Costs on appellant.